1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KURTZ, individually and on behalf of all other similarly situated California residents,<br><br>Plaintiff,<br><br>v.<br><br>INTELIUS INC., A Delaware Corporation; INTELIUS SALES COMPANY LLC, a/k/a Intelius Sales Company, LLC, A Nevada Limited Liability Company and ADAPTIVE MARKETING LLC, A Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:11-CV-01009-JAM-JFM<br><br>Assigned for all purposes to Hon. John A. Mendez<br><br>**ORDER ON INTELIUS DEFENDANTS' EX PARTE APPLICATION FOR AN INITIAL 28-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

PDF created with pdfFactory trial version www.pdffactory.com

1 | Upon consideration of Defendants Intelius Inc. and Intelius Sales Company LLC's (collectively, "Intelius Defendants") <u>ex parte</u> application for an initial 28-day extension of time to respond to plaintiff's complaint, and good cause appearing, the Intelius Defendants' <u>ex parte</u> application is GRANTED.

IT IS HEREBY ORDERED that the time for the Intelius Defendants to respond to plaintiff's complaint is extended by 28 days—from May 12, 2011 to June 9, 2011.

SO ORDERED this 5th day of May, 2011.

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com